ACCEPTED
12-14-00310-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/26/2015 1:55:06 PM
CATHY LUSK
CLERK



**SEAN P. HEALY, J.D.**
ATTORNEY AT LAW
<genghis@healylaw.com>

113 E. Houston St.
Tyler Texas 75702-8130

**LEGAL ASSISTANTS:**
STACI CLARK, B.S. <staci@healylaw.com>
MARIE ANGERMILLER, M.A. <marie@healylaw.com>

TEL: (903) 592-7566
FAX: (903) 592-7589

**WWW.HEALYLAW.COM**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/26/2015 1:55:06 PM
CATHY S. LUSK
Clerk

February 26, 2015

Karen Phillips
Smith County Clerk
200 E. Ferguson, Suite 300
Tyler, Texas 75702
**VIA ELECTRONIC FILING**
**RE:    Case No. 12-14-00310-CV; <u>Grove Club Lake, Inc. v. Brandon Saxon</u>**
**Trial Court Cause No. 61,853; In the County Court at Law of Smith County, Texas**

Dear Ms. Phillips:

There are two documents missing from the Clerk's Record in this matter:

1)    Motion for Sanctions filed by Defendant on July 25, 2014 at 3:24 pm., and

2)    Agreed Motion to Vacate Plaintiff's Lis Pendens filed by Plaintiff on or about December 11, 2014.

Defendant requests that you prepare, certify, and file in the Court of Appeals a supplemental record containing the omitted items, in accordance with Texas Rules of Appellate Procedure, Rule 34.5(c)(1).

If there is an additional fee, Defendant will promptly pay it on receipt of an invoice.

Thank you for your cooperation.

Sincerely,

Sean P. Healy
Attorney at Law

cc:    Kevin Giddens, Attorney at Law
12th Court of Appeals